Gloria Clark **VALICHKOFSKY**, Plaintiff–Appellant

v.

**LT FLOORS LP**, Defendant–Appellee.

No. 08–50005
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 19, 2008.

Gloria Clark Valichkofsky, Austin, TX, pro se.

Glenn Keith Weichert, The Weichert Law Firm, Austin, TX, for Defendant–Appellee.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

---

PER CURIAM: *

Gloria Valichkofsky appeals the district court's grant of summary judgment in favor of LT Floors LP as to her numerous and varied claims of discrimination and retaliation. As the district court gave thorough and careful consideration in correctly dismissing each of Valichkofsky's claims, we AFFIRM the judgment of the district court, entered December 14, 2007, for essentially the reasons given in the courts Order entered on the same day.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.